UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15-cr-00073-JPH-DML |
| ) | |
| SERVANDO BECERRA LOPEZ, ) | -04 |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mark J. Dinsmore's Report and Recommendation and all findings therein, dkt. [478]. The Court now **ORDERS** that Servando Becerra Lopez's supervised release is therefore **REVOKED**, dkt. [467], and that Mr. Lopez be sentenced to time served with no supervised release to follow.

**SO ORDERED.**

Date: 3/30/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal